# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **Paradise IP LLC,**<br><br>    Plaintiff,<br><br>    v.<br><br>**Iron Mountain Incorporated,**<br><br>    Defendant. | Case No.: 1:21-cv-01098-RGA<br><br>Patent Case<br><br>Jury Trial Demanded |

### PLAINTIFF PARADISE IP LLC'S SECOND UNOPPOSED MOTION TO EXTEND TIME FOR DEFENDANT TO ANSWER

Plaintiff, Paradise IP LLC ("Paradise") hereby respectfully moves this Court for a second, unopposed extension of time for Defendant Iron Mountain Incorporated ("Iron Mountain") to answer, move, or otherwise respond to the Complaint [D.I. 1] to November 29, 2021. Iron Mountain's response date was previously extended by 60-days via unopposed motion, and the response was due on October 26, 2021. Paradise's counsel has conferred with Iron Mountain's counsel with respect to this additional 30-day extension and Paradise's counsel indicated Plaintiff did not oppose the same. Iron Mountain requested that Paradise file this motion.

The reason for this request is so that Plaintiff and Defendant can continue discussions with respect to a resolution of this matter. Neither party will be prejudiced by this brief extension. Accordingly, Paradise respectfully submits that good cause exists under Fed. R. Civ. P. 6(b)(1)(A) for this Court to extend the time for Iron Mountain to answer, move, or otherwise respond to the Complaint to November 29, 2021 (as November 25 and 26, 2021 are Court Holidays).

| | |
|---|---|
| Dated: October 21, 2021 | Respectfully submitted, |
| | **GAWTHROP GREENWOOD, PC** |
| | /s/ *David deBruin*<br>David W. deBruin, Esq. (#4846)<br>3711 Kennett Pike, Suite 100<br>Wilmington, DE 19807<br>Phone: 302-777-5353<br>ddebruin@gawthrop.com |
| | *Counsel for Plaintiff*<br>*Paradise IP LLC* |

IT IS SO ORDERED this _____ of October, 2021.

                                                                                         _____<br>
                                                                                         Honorable Richard G. Andrews<br>
                                                                                         United States District Court Judge