IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **Paradise IP LLC,**<br><br>  Plaintiff,<br><br>v.<br><br>**Iron Mountain Incorporated,**<br><br>  Defendant. | Case No.: 1:21-cv-01098-RGA<br><br>Patent Case<br><br>Jury Trial Demanded |

**STIPULATION AND [PROPOSED] ORDER
TO STAY ALL DEADLINES PENDING DISMISSAL**

Plaintiff, Paradise IP LLC ("Paradise") and Defendant, Iron Mountain Incorporated ("Iron Mountain"), by and through their undersigned counsel, hereby agree, subject to the Court's approval, to stay all deadlines in connection with the above-captioned lawsuit. The parties have reached an agreement in principle to resolve all claims asserted and are in the process of exchanging documentation relating to a settlement agreement. In light of their agreement in principle and contemplated dismissal, the parties respectfully request that the Court stay all deadlines for thirty (30) days while the parties finalize their settlement agreement.

Dated: January 13, 2022

**GAWTHROP GREENWOOD, PC**

/s/ *David W. deBruin*
David W. deBruin, Esq. (#4846)
3711 Kennett Pike, Suite 100
Wilmington, DE 19807
Phone: 302-777-5353
ddebruin@gawthrop.com
*Counsel for Plaintiff*

Respectfully submitted,

**SHAW KELLER LLP**

/s/ *John W. Shaw*
John W. Shaw (No. 3362)
I.M. Pei Building
1105 N. Market Street, 12th Floor
Wilmington, DE 19801
Phone: (302) 298-0700
jshaw@shawkeller.com
*Attorneys for Defendant*

IT IS **SO ORDERED** this \_\_\_13th\_\_\_ of January, 2022.

                                                  /s/ Richard G. Andrews
                                               Honorable Richard G. Andrews
                                               United States District Judge